**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

| | |
|---|---|
| **ASSOCIATES IN PERIODONTICS, PLC,** : <br> : <br> **Plaintiff,** : <br> : <br> **v.** : <br> : <br> **THE CINCINNATI INSURANCE** : <br> **COMPANY,** : <br> : <br> **Defendant.** : | **CIVIL ACTION** <br><br> **No. 3:20-CV-11385-FLW-DEA** |

**NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**

TO:   Lawrence E. Bathgate , II, Esquire
      BATHGATE, WEGENER & WOLF
      One Airport Road
      Lakewood, NJ 08701
      *Counsel for Plaintiff*

**PLEASE TAKE NOTICE** that on November 16, 2020, or at such other time as may be set by the Court, Defendant, The Cincinnati Insurance Company ("Cincinnati"), through its undersigned counsel, shall move before the U.S. District Court for the District of New Jersey for an Order dismissing Cincinnati from this matter pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Cincinnati will rely upon the accompanying Memorandum of Law and Certification of Counsel with Exhibits in support of its motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

Dated: October 21, 2020

                                        Respectfully submitted,

                                        **LITCHFIELD CAVO LLP**
                                        *An Illinois Limited Liability Partnership*

By:  */s/ Kathleen J. Collins*
       Kathleen J. Collins, Esq. (NJ Bar No. 033361991)
       collins@litchfieldcavo.com
       457 Haddonfield Road, Suite 200
       Cherry Hill, NJ 08002
       Tel.: (856) 854-3636
       Fax: (856) 751-1230
       *Attorneys for Defendant,*
       *The Cincinnati Insurance Company*