# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON DIVISION

| | |
|---|---|
| **ASSOCIATES IN PERIODONTICS, PLC,** : | |
| : | CIVIL ACTION |
| **Plaintiff,** : | |
| : | No. 3:20-CV-11385-FLW-DEA |
| **v.** : | |
| : | |
| **THE CINCINNATI INSURANCE COMPANY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

TO:  Lawrence E. Bathgate , II, Esquire
BATHGATE, WEGENER & WOLF
One Airport Road
Lakewood, NJ 08701
*Counsel for Plaintiff*

**PLEASE TAKE NOTICE** that on November 16, 2020, or at such other time as may be set by the Court, Defendant, The Cincinnati Insurance Company ("Cincinnati"), through its undersigned counsel, shall move before the U.S. District Court for the District of New Jersey for an Order dismissing Cincinnati from this matter pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Cincinnati will rely upon the accompanying Memorandum of Law and Certification of Counsel with Exhibits in support of its motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

Dated: October 21, 2020

        Respectfully submitted,

        **LITCHFIELD CAVO LLP**
        *An Illinois Limited Liability Partnership*

By:  */s/ Kathleen J. Collins*
        Kathleen J. Collins, Esq. (NJ Bar No. 033361991)
        collins@litchfieldcavo.com
        457 Haddonfield Road, Suite 200
        Cherry Hill, NJ 08002
        Tel.: (856) 854-3636
        Fax: (856) 751-1230
        *Attorneys for Defendant,*
        *The Cincinnati Insurance Company*