**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

**CASE NO. No. 3:20-CV-11385-FLW-DEA**

ASSOCIATES IN PERIODONTICS, PLC,

    Plaintiff,

v.

THE CINCINNATI INSURANCE COMPANY,

    Defendant.

_____/

**CONSENT ORDER TO TRANSFER VENUE**

    **THIS MATTER** having come before the Court on the Motions of Defendant, The Cincinnati Insurance Company ("Defendant"), for an Order dismissing the Complaint pursuant to Rules 12(b)(2) or 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, and Plaintiff Associates in Periodontics, PLC. ("Plaintiff") having now determined that the U.S. District Court for the District of New Jersey lacks jurisdiction over Defendant such that the parties now consent to a transfer of venue to the U.S. District Court for the District of Vermont and stipulate to the briefing schedule set forth below, and the Court having found that good cause exists,

    **IT IS** on this 28th day of October, 2020,

    **ORDERED** that this case is transferred to the U.S. District Court for the District of Vermont; and it is further

    **ORDERED** that Defendant's Motions to Dismiss are hereby withdrawn; and it is further

**ORDERED** that the parties are directed to submit their request for a briefing schedule to the assigned district judge in the transferee court, District of Vermont.

/s/ Freda L. Wolfson
HON. FREDA L. WOLFSON, Chief Judge

The undersigned hereby apply for and consent to the entry of this Order:

| **For Plaintiff Associates in Periodontics, PLC:** | **For Defendant The Cincinnati Insurance Company:** |
|---|---|
| /s/ Lawrence E. Bathgate, II<br>Lawrence E. Bathgate, II, Esq.<br>BATHGATE, WEGENER & WOLF, P.C.<br>1 Airport Road<br>Lakewood, NJ 08701<br>(732) 363-0666 | /s/ Kathleen J. Collins<br>Kathleen J. Collins, Esq.<br>collins@litchfieldcavo.com<br>457 Haddonfield Road, Suite 200<br>Cherry Hill, NJ 08002<br>Tel.: (856) 854-3636<br>Fax: (856) 751-1230 |